UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09CR203-RJC-DCK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING ADMISSION** |
| | ) | *PRO HAC VICE* |
| KEITH KRASZEWSKI, | ) | |
| | ) | |
| Defendant | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Verified Motion Of Jerome Billy Ullman For Appearance *Pro Hac Vice*" (Document No. 12) filed November 2, 2009.

For good cause shown, the Motion is hereby **GRANTED**.

**SO ORDERED**.

Signed: November 3, 2009

David C. Keesler
United States Magistrate Judge