# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>__KEITH KRASZEWSKI__<br>*Defendant* | )<br>)<br>) Case No. 3:09CR203-2-C<br>)<br>) |

U.S. MARSHAL SERVICE
OCT 2 6 2009
WESTERN NORTH CAROLINA

FILED
CHARLOTTE, NC
DEC 0 8 2009
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* KEITH KRASZEWSKI,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
DRUG TRAFFICKING AND MONEY LAUNDERING.

Date: 10/22/09

*Issuing officer's signature*

City and state: CHARLOTTE, NORTH CAROLINA

FRANK G. JOHNS
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 11/02/2009
at *(city and state)* Charlotte NC.

Date: 11/02/2009

*Arresting officer's signature*

Chris Morgan, SA, DEA
*Printed name and title*