IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09cr203

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| ) | |
| ERIC GILES, et al. ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the government to set a trial date in this case during the August 2010 trial term in the Charlotte Division (Doc. Nos. 109, 115), to which defense counsel do not object.

Given the expected complexities securing the presence of witnesses at the trial, the Court finds that setting a date certain is in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED**, and jury selection and trial in this case will begin at 10 a.m. on August 2, 2010.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshal, and the United States Probation Office.

Signed: July 7, 2010

Robert J. Conrad, Jr.
Chief United States District Judge