Defendant: KEITH KRASZEWSKI
Case Number: DNCW309CR000203-002

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Counts 1s & 2s: FORTY-ONE (41) MONTHS each count to run concurrently.

X     The Court makes the following recommendations to the Bureau of Prisons:

- Participation in any available substance abuse treatment program. If eligible receive benefits of 18:3621(e)(2).
- Designation as close as possible to Fort Dix, NJ.
- Participation in Inmate Financial Responsibility Program.

X     The Defendant is remanded to the custody of the United States Marshal.

___     The Defendant shall surrender to the United States Marshal for this District:

    ___     As notified by the United States Marshal.

    ___     At ___ a.m. / p.m. on ___.

___     The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ___     As notified by the United States Marshal.

    ___     Before 2 p.m. on ___.

    ___     As notified by the Probation Office.

**FILED**
**CHARLOTTE, NC**

**JUN 0 9 2011**

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NC**

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on S-31-11 to FCI Manchester _____ at
Manchester KY _____, with a certified copy of this Judgment.

_____
United States Marshal

By: _____

Deputy Marshal